IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE BONNER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0028-CG-M |
| | ) |
| LEE POSEY DANIELS, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** be entered in favor of Respondent Lee Posey Daniels and against Petitioner George Bonner.

**DONE and ORDERED** this 30th day of August, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE